# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:05-CR-00028-KDB-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **ORDER** |
| **KERRY SCOTT MARTIN,** | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant's Motion for Early Termination of Supervised Release (Doc. No. 61).

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year when warranted by the conduct of the defendant and the interest of justice. Defendant was sentenced to a five-year term of supervised release which began on or about March 4, 2022. According to the motion, Defendant is in compliance with the terms and conditions of his supervised release and the United States Probation Officer does not oppose early termination of supervised release. Therefore, the Court finds good cause to terminate supervised release early.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Early Termination of Supervised Release, (Doc. No. 61), is **GRANTED.**

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**SO ORDERED.**

Signed: November 25, 2024

Kenneth D. Bell
United States District Judge